**Order filed April 19, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00853-CV
_____

## AMIR BAJMANLOU, Appellant

## V.

## SIGNAD LTD, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1047396**

## O R D E R

Appellant's brief was due April 8, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **May 19, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM